

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

OCTAVIO AMARO,
          Appellant,

v.

THE STATE OF TEXAS,

          Appellee.

§

§

§

§

§

§

§

No. 08-14-00052-CR

Appeal from the

346th District Court

of El Paso County, Texas

(TC# 20120D04658)

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF JUNE, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.